UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Saifullah Khan ,<br>            Debtor | Chapter: 7<br>Case No: 19–11167<br>Judge Melvin S. Hoffman |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that John Aquino, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:7/19/19

By the Court,

<u>Melvin S. Hoffman</u>
U.S. Bankruptcy Judge